Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PASTOR M. BLACKWOOD,<br><br>Defendant. | No. 6:19-po-0233-JDP<br><br>STIPULATION TO REVIEW HEARING; AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Pastor M. Blackwood, by and through his attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for February 25, 2020 be continued to March 11, 2020 at 10:00 a.m. The Legal Officer has to be out of the area on February 25, 2020 for a medical appointment of a family member and requests the continuance to accommodate that appointment.

Dated: February 18, 2020        /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Legal Officer
                                              Yosemite National Park

Dated: February 18, 2020        /S/ Benjamin A. Gerson
                                              Benjamin A. Gerson
                                              Attorney for Defendant
                                              Pastor M. Blackwood

ORDER

The court accepts the above Stipulation and adopts its terms as the order of this court. Accordingly, the February 25, 2020, review hearing for Pastor M. Blackwood in Case *6:19-po-0233-JDP* is continued to March 11, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:     February 19, 2020            _____
                                              UNITED STATES MAGISTRATE JUDGE