| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
PASTOR BLACKWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00233 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| PASTOR BLACKWOOD, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Pastor Blackwood, that the Court continue the status conference scheduled for March 11, 2020 until to March 31, 2020, at 10:00 a.m.

The case was previously continued from February 25, 2020 to March 11, 2020 to accommodate the Legal Officer's schedule. After discussion with co-defendant's counsel, the parties request a further continuance to allow the co-defendants to appear on the same date.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 27, 2020         */s/ Susan St. Vincent*
                                Susan St. Vincent
                                Yosemite Legal Officer
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 27, 2020         */s/ Benjamin Gerson*
                                BENJAMIN GERSON
                                Assistant Federal Defender
                                Attorney for Defendant
                                PASTOR BLACKWOOD

ORDER

The court grants the parties' request to continue the March 11, 2020 status conference to March 31, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE